*ney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 138, Misc. STEWARD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 144, Misc. RICE *v.* STOEPLER, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Harry Marselli* for respondent.

No. 153, Misc. HUNTER *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 184, Misc. SCURRY *v.* SARD, CORRECTIONS DIRECTOR, ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for respondents.

No. 201, Misc. GRAY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 205, Misc. SCOTT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Stephen F. Lichtenstein* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States. 

No. 207, Misc. WHITFIELD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 250, Misc. WILLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 208, Misc. ADAMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Leroy Nesbitt* for peti-